UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-cr-20363-King

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR ROLANDO POLANCO NAJERA,

    Defendant.

_____/

ORDER GRANTING TEMPORARY RELEASE OF PASSPORT

THIS CAUSE having come before the Court upon Defendant's Unopposed Motion for Temporary Release of Passport and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be and the same is hereby GRANTED. The Defendant shall pick up his original passport from his probation officer for the sole purpose of renewing his Florida driver's license. The Defendant shall return the passport within twenty-four (24) ~~forty-eight (48)~~ hours.

DONE AND ORDERED this 28 day of May, 2009.

James Lawrence King
District Court Judge

cc:    Jaime A. Raich, AUSA
       Ella Leach, Probation Officer
       Alan R. Soven, Esq.